IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES DANIEL SMALLBOY, Defendant. | CR 18-13-GF-BMM-JTJ **FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant James Daniel Smallboy (Smallboy) has been accused of violating the conditions of his supervised release. Smallboy admitted all of the alleged violations. Smallboy's supervised release should be revoked. Smallboy should be placed in custody for 4 months, with no supervised release to follow.

## II. Status

Smallboy pleaded guilty to Assault Resulting in Serious Bodily Injury on April 4, 2018. (Doc. 33). The Court sentenced Smallboy to 39 months of custody, followed by 2 years of supervised release. (Doc. 52). Smallboy's current term of supervised release began on November 18, 2020. (Doc. 99 at 1).

**Petition**

The United States Probation Office filed a Petition on October 5, 2022, requesting that the Court revoke Smallboy's supervised release. (Doc. 99). The Petition alleged that Smallboy had violated the conditions of his supervised release: 1) by failing to report for substance abuse treatment on 3 separate occasions; 2) by using methamphetamine on 4 separate occasions; and 3) by consuming alcohol.

**Initial appearance**

Smallboy appeared before the undersigned for his initial appearance on October 18, 2022. Smallboy was represented by counsel. Smallboy stated that he had read the Petition and that he understood the allegations. Smallboy waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on the Petition on October 18, 2022. Smallboy admitted that he had violated the conditions of his supervised release: 1) by failing to report for substance abuse treatment on 3 separate occasions; 2) by using methamphetamine on 4 separate occasions; and 3) by consuming alcohol. The violations are serious and warrant revocation of

2

Smallboy's supervised release.

Smallboy's violations are Grade C violations. Smallboy's criminal history category is I. Smallboy's underlying offense is a Class C felony. Smallboy could be incarcerated for up to 24 months. Smallboy could be ordered to remain on supervised release for up to 24 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Smallboy's supervised release should be revoked. Smallboy should be incarcerated for 4 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Smallboy that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Smallboy of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Smallboy that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That James Daniel Smallboy violated the conditions of his supervised release: by failing to report for substance abuse treatment on 3 separate occasions; by using methamphetamine on 4 separate occasions; and by consuming alcohol.

The Court **RECOMMENDS:**

> That the District Court revoke Smallboy's supervised release and commit Smallboy to the custody of the United States Bureau of Prisons for 4 months, with no supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court

4

judge.

DATED this 19th day of October, 2022.

John Johnston
United States Magistrate Judge